UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
NATIONAL FIRE INSURANCE COMPANY
OF HARTFORD,

                    Plaintiff,                    25-CV-6607 (DEH) (VF)

     -against-                        **ORDER**

HARLEYSVILLE INSURANCE COMPANY OF
NEW YORK et al.,

                  Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The parties are directed to meet and confer and complete a Proposed Case Management Plan, at https://nysd.uscourts.gov/hon-valerie-figueredo, and file it on ECF by **Friday, October 24, 2025**. Counsel who disagree about the dates or other terms of the proposed schedule shall submit a joint letter briefly explaining the dispute. Such letter, if any, must be submitted by **Friday, October 24, 2025**.

      **SO ORDERED.**

DATED:    New York, New York
              October 10, 2025

                                                                                   VALERIE FIGUEREDO
                                                                                  United States Magistrate Judge