**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
NATIONAL FIRE INSURANCE COMPANY
OF HARTFORD,

Plaintiff,

**25-CV-6607 (DEH) (VF)**

-against-

**ORDER**

HARLEYSVILLE INSURANCE COMPANY OF
NEW YORK, et al.,

Defendants.
---------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

The parties are directed to provide a joint status update by **July 24, 2026**.

**SO ORDERED.**

DATED: New York, New York
July 8, 2026

VALERIE FIGUEREDO
United States Magistrate Judge